**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2020

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Defendant Natanzon's motion for compassionate release at Dkt. No. 619 is denied as moot.  The Clerk of Court is respectfully directed to close Dkt. No. 619.

Dated: June 4, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

RE:     *United States v. Natanzon*, 17 Cr. 262 (LGS)

Dear Judge Schofield:

The Government respectfully writes to update the Court regarding Mark Natanzon's release from USP Lewisburg. BOP counsel has informed Government counsel that Mark Natanzon departed USP Lewisburg this morning at approximately 8:22 a.m. As planned, BOP is transferring Natanzon home to serve the remainder of his sentence.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Andrew Thomas
Assistant United States Attorney
(212) 637-2106

cc:     Defense counsel (by ECF)